IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MELISSA WHITE                                                      PLAINTIFF

VS.                                   CIVIL ACTION NO.: 3:20-cv-670-HTW-LGI

JAMES MOORE IN HIS INDIVIDUAL AND OFFICIAL
CAPACITY OF SHERIFF OF KEMPER COUNTY, MISSISSIPPI      DEFENDANT

### AGREED ORDER OF DISMISSAL

THE COURT, having been apprised the parties have reached an agreement in this matter, finds that said matter be dismissed with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above-captioned cause is hereby dismissed with prejudice in accordance with the parties' agreement, and each party shall bear their own costs.

SO ORDERED, THIS the __15th__ day of December, 2021.

_____
DISTRICT JUDGE

AGREED TO BY:

_____
Louis H. Watson, Jr. (MSB #9053)
Nick Norris, Esq. (MSB #101574)
WATSON & NORRIS, PLLC
4209 Lakeland Drive, Suite 365
Flowood, MS 39232
Tel. (601) 968-0000
Fax (601) 968-0010
Email: louis@watsonnorris.com
Email: nick@watsonnorris.com
      *Attorneys for Plaintiff*

*[signature]*

WILLIAM R. ALLEN (MSB #100541)
CHRISTINA J. SMITH (MSB#105483)
Allen, Allen, Breeland & Allen, PLLC
214 Justice Street
P. O. Box 751
Brookhaven, MS  39602-0751
Tel. 601-833-4361
Fax 601-833-6647
Email: wallen@aabalegal.com
Email: csmith@aabalegal.com
    *Attorneys for Defendants*

2