IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MELISSA WHITE

vs.                                                          CIVIL ACTION NO. 3:20-cv-670-HTW-LGI

JAMES MOORE IN HIS INDIVIDUAL AND OFFICIAL
CAPACITY AS SHERIFF OF KEMPER COUNTY, MISSISSIPPI            DEFENDANT

## **FINAL JUDGMENT**

This Court having entered an Order dismissing this cause, which Order is incorporated herein,

IT IS, THEREFORE, ORDERED AND ADJUDGED that this case is dismissed with prejudice as to all parties and claims. This Final Judgment is entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED AND ADJUDGED, this the 22nd day of December, 2021.

s/ HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE